WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '10 MAR 30 17:17 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ERIN ROBINETT**,                                                     CV # 08-664-HA

    Plaintiff,

vs.                                                              ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

    Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this **30** day of **March**, 2010.

                                                         *[signature]*
                                                         United States District Judge

Submitted on March 29, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1